IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IRAN WATSON § § Plaintiff, § § v. § § KAPPA MAP GROUP, LLC § § Defendant. § § | CIVIL ACTION NO. 1:14-cv-00100-TWT |
| KAPPA MAP GROUP, LLC § Counterclaimant, § § v. § § IRAN WATSON § § Counter-Defendant. § | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO FILE REPLY TO PLAINTIFF'S MOTION TO COMPEL**

Defendant Kappa Map Group, LLC, by and through undersigned counsel, moves for a five-day extension of time to file a Reply to Plaintiff's Motion to Compel (DN 27), and in support states as follows:

1. A response to Plaintiff's Motion to Compel (DE 27) is due July 7, 2014.

2. Plaintiff is currently reviewing Discovery documents provided by Defendant.

0

3. Additional time may allow the parties to narrow the scope of the issues in Plaintiff's Motion or resolve them completely.

4. Additional time for discourse between counsel will likely prevent the necessity of Defendant filing a Motion to Compel upon Plaintiff.

5. This motion is made in good faith and not for the purpose of delay.

6. Defendant will not be prejudiced by this brief extension of time.

7. This is Plaintiff's first request for an extension.

Respectfully submitted this 3rd day of July, 2014.

                        Respectfully submitted,

                        /s/Travis Tunnell_____
                        Travis Tunnell
                        Attorney for Kappa Map Group

                        **ANDERSON DAILEY LLP**
                        2002 Summit Boulevard, Suite 1250
                        Atlanta, Georgia 30319
                        404 442 1800
                        tunnell@andersondailey.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IRAN WATSON | § § | |
| Plaintiff, | § § | |
| v. | § § § | |
| KAPPA MAP GROUP, LLC | § § | |
| Defendant. | § § | CIVIL ACTION NO. 1:14-cv-00100-TWT |
| KAPPA MAP GROUP, LLC | § | |
| Counterclaimant, | § § | |
| v. | § § | |
| IRAN WATSON | § § | |
| Counter-Defendant. | § | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July, 2014, I filed the foregoing **Motion For Extension of Time** with the Clerk of Court using the CM/ECF system, which will provide email notification to Plaintiff's counsel of record.

/s/Travis Tunnell
Travis Tunnell

2

## LOCAL RULE 7.1 D CERTIFICATION

Counsel certifies the foregoing was prepared in Times New Roman, 14-point font, in accordance with LR 5.1 B, NDGa.

/s/Travis Tunnell
Travis Tunnell
